UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, SR., *et al.,*<br><br>Defendants. | 2:11-CV-01518-PMP-PAL<br><br>**ORDER** |

Having read and considered Defendants' fully briefed Motion to Dismiss Plaintiff's Complaint (Doc. #10), and it appearing the Defendant is entitled to the relief requested because Plaintiff has failed to exhaust his available administrative remedies as required by 42 U.S.C. § 1997e(a),

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #10) is **GRANTED**.

DATED: July 6, 2012.

_____
PHILIP M. PRO
United States District Judge